```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
UNITED STATES OF AMERICA                   :
                                           :
                                           :
         -v.-                              :
                                           :   18cr179-01(JSR)
                                           :        ORDER
Louis Pina                                 :
                                           :
              Defendant(s),                :
                                           :
------------------------------------------X
```

JED S. RAKOFF, U.S.D.J.

The representation of the defendant in the above captioned matter is assigned to C.J.A. Attorney on duty April 17, 2020, James M. Roth, for the purpose of making a motion for compassionate release. Counsel should contact the Court at RakoffNYSDChambers@nysd.uscourts.gov on Monday, April 20 for the purpose of setting a briefing schedule.

            SO ORDERED

            _____
            United States District Judge

Dated:   New York, New York
         April 17, 2020