```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
                                       :
UNITED STATES OF AMERICA               :
                                       :
        -against-                      :            ORDER
                                       :
                                       :
     Louis Pina                        :         18-cr-179-1      (JSR)
                                       :
                                       :         Docket #
---------------------------------------x
```

Hon. Jed S. Rakoff
————————————————————, **DISTRICT JUDGE:**
        Judge's Name

The C.J.A. attorney assigned to this case

———— James Roth ————————  is hereby ordered substituted
        Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to ———— Grainne O'Neill ————————.

                       Attorney's Name

                              **SO ORDERED.**

                    ————————————————————————————
                    United States District Judge

**Dated:  New York, New York**
April 20, 2020