UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

- v -

LOUIS PINA,

Defendant.

18 Cr. 179 (JSR)

**ORDER**

Upon review of defendant's motion, it is hereby:

ORDERED that the Bureau of Prisons release to Defendant's counsel, Grainne E. O'Neill, Esq. within five business days of this Order:

(1) Defendant's complete medical records from the time Louis Pina, # #86279-054 entered into the custody of the Bureau of Prisons to the present, and

(2) Any documents or other records relating to the Bureau of Prisons' designation of Louis Pina #86279-054 as "high risk" or "vulnerable" in regard to the ongoing COVID-19 pandemic.

SO ORDERED:

_____
United States District Judge

Dated: New York, New York

April 24, 2020