```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,            :
                                     :     18-cr-179-01 (JSR)
         v.                          :
                                     :
LOUIS PINA,                          :         ORDER
              Defendant.             :
------------------------------------ x
```

It is hereby

**ORDERED** that the Bureau of Prisons and the United States Marshals Service release defendant Louis Pina, registration number 86279-054, from custody or detention, unless any pending warrants, detainers or other issues are encountered.

SO ORDERED.

Dated:   New York, NY
         July 1, 2020

_____
United States District Judge

-1-