UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

Case No.

Defendant(s).

-----------------------------------------------------------------X

Defendant _____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

___ Other _____

_/s Louis Pina (By Court with auth.)____

/s Matthew Galluzzo__
Defendant's Counsel's Signature

Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_____
Print Counsel's Name

_____
Print Defendant's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_____

_____
**Sarah L. Cave**
U.S. Magistrate Judge

Date