```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
        Plaintiff,                  :
                                    :       18-cr-179-1(JSR)
        -v-                         :
                                    :       ORDER
LOUIS PINA                          :
                                    :
        Defendant.                  :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

Pursuant to the agreement of the Government and defense counsel at the September 20, 2021 violation of supervised release hearing, Louis Pina is ordered to promptly enter an in-patient drug treatment program as directed by the Probation Office. Further proceedings with respect to the four specifications are hereby placed on hold while Mr. Pina enters into the in-patient drug treatment program, and will be taken up again on December 20, 2021 at 12:00 p.m., as set at the September 20, 2021 hearing.

SO ORDERED.

Dated:  New York, NY
        September 30, 2021

_____
JED S. RAKOFF, U.S.D.J.

1